UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| VALENCIA GARNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV416-283 |
| | ) |
| WELLS FARGO, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Proceeding *pro se*, Valencia Garner brings this "money laundering" action against an Alpharetta, Georgia Wells Fargo Bank and its employees, along with the Atlanta United States Attorneys' office, United States Attorney General Loretta Lynch, the Alpharetta Police Department and Director of Public Safety, and the Atlanta "Federal Police." Doc. 1 at 1-2. Neither Garner, nor any of the defendants, are residents of this District. Nor do any of her claims arise from events that took place here. Instead, she complains of events that occurred in the Atlanta area. Accordingly, the proper forum for this case is the United States District Court for the Northern District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or

transfer cases suffering venue defects); 28 U.S.C. § 90. The Clerk is therefore **DIRECTED** to transfer this case to the Northern District for all further proceedings.

Given the sheer number of frivolous *Garner* cases listed on PACER, the Northern District may want to take measures to protect the federal courts from further abuse by this out-of-control litigant. *See, e.g., Smith v. Chatham County District Office*, 2016 WL 1128226 at *1 (S.D. Ga. Mar. 21, 2016).

**SO ORDERED**, this  15th  day of November, 2016.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA
